No. 80–526. MURRAY *v.* BRANCH MOTOR EXPRESS Co. ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Clay-*

*ton* v. *Automobile Workers,* 451 U. S. 679 (1981).